2 So.2d 463
## M. Q. ANDERSON v. STATE.
### 7 Div. 658.

Supreme Court of Alabama.
May 15, 1941.

Rehearing Denied June 5, 1941.

Thos. W. Millican, of Talladega, for petitioner.

Thos. S. Lawson, Atty. Gen., and Jas. F. Mathews, Asst. Atty. Gen., for respondent.

FOSTER, Justice.

Petition of M. Q. Anderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of M. Q. Anderson v. State, 2 So.2d 461.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.